# UNITED STATES DISTRICT COURT
for the
**EASTERN DISTRICT OF WISCONSIN**

*In the Matter of the Search of*

A United States Priority Express Mail piece (the SUBJECT PARCEL). The SUBJECT PARCEL is described as a 10.75" L x 7.25" W x .75" H, a white colored plastic padded envelope weighing approximately 54 grams or 1.90 ounces bearing USPS Priority Mail Express tracking number 9470 1368 9784 6994 8639 77. The parcel bears a label addressed from "Vanticollections, 1114 Maclesby Ln, Channelview TX 77530-2425." The label is addressed to "Dave Woloszyk, N103W17655 Whitetail Run, Germantown WI 53022-4613." The Postage was paid for through an Internet based, "Easy Post" account.

Case Number: 19·MJ-1292

## APPLICATION & AFFIDAVIT FOR SEARCH WARRANT

I, Jeffrey R. Metke, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

A United States Priority Express Mail piece (the SUBJECT PARCEL). The SUBJECT PARCEL is described as a 10.75" L x 7.25" W x .75" H, a white colored plastic padded envelope weighing approximately 54 grams or 1.90 ounces bearing USPS Priority Mail Express tracking number 9470 1368 9784 6994 8639 77. The parcel bears a label addressed from "Vanticollections, 1114 Maclesby Ln, Channelview TX 77530-2425." The label is addressed to "Dave Woloszyk, N103W17655 Whitetail Run, Germantown WI 53022-4613." The Postage was paid for through an Internet based, "Easy Post" account.

located in the Eastern District of Wisconsin there is now concealed: **Please see attached affidavit, which is hereby incorporated by reference.**

The basis for the search warrant under Fed. R. Crim. P. 41(c) is (check one or more):
  ✓ evidence of a crime;
  ✓ contraband, fruits of a crime, or other items illegally possessed;
  ☐ property designed for use, intended for use, or used in committing a crime;
  ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:
  Title 21, United States Code, Sections 841(a)(1) and 843(b).

The application is based on these facts:
  ✓ Continued on the attached sheet, which is incorporated by reference.
  ✓ ~~Delayed notice of 180 days (give exact ending date if more than 30 days: 03/10/20) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached shee~~t.

JEFFREY R. METKE
U.S. Postal Inspector, USPIS

Sworn to before me, and signed in my presence.
Date 9/12, 2019

City and state: Milwaukee, Wisconsin

THE HONORABLE WILLIAM E. DUFFIN
United States Magistrate Judge
*Name & Title of Judicial Officer*

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Jeffrey R. Metke, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Postal Inspector, assigned to the United States Postal Inspection Service Domicile in Milwaukee, Wisconsin. I have been a federal law enforcement agent for over twelve years. From July 2007 to February 2015, I served as a Special Agent with the United States Department of Homeland Security and from February 2015, to the present day, with the United States Postal Inspection Service. In addition, I have served as a Wisconsin state certified law enforcement officer for multiple agencies in the state of Wisconsin since 1995.

2. The United States Postal Inspection Service is the primary investigative arm of the United States Postal Service and is charged under Title 18, United States Code, 3061 with the enforcement of laws governing the use and movement of the United States Mail, including the misuse and fraudulent schemes involving the mail, crimes relating to mail fraud, narcotics trafficking and identity theft involving the United States Mail.

3. I am currently a member of the North Central (formerly Wisconsin) High Intensity Drug Trafficking Area Task Force (HIDTA) assigned to the drug interdiction initiative as an investigator specializing in the smuggling, trafficking, and distribution of dangerous and controlled substances through the United States Mail. I have conducted hundreds of drug investigations in my two decades of law enforcement experience and received continual training in that and other fields. I am familiar with various methods of smuggling and trafficking narcotics and other controlled substances and the proceeds from sale of such substances. I am also familiar with methods used to evade detection of both the

1

controlled substances and the proceeds from their sale that are used by drug traffickers. Within the United States Postal Inspection Service, a primary investigative assignment of mine is the Prohibited Mail-Narcotics program, which is responsible for protecting the United States Mail from misuse by traffickers and smugglers of illicit controlled substances. Also, within this program area is an effort to stop the misuse of the United States Mail by said drug traffickers, by seizing the proceeds of this unlawful activity as the proceeds are mailed back to the sources of supply.

## PURPOSE OF AFFIDAVIT

4. This affidavit is made in support of a Federal Search and Seizure Warrant for the SUBJECT PARCEL described below in Paragraph 5, for items which may constitute the fruits, instrumentalities, proceeds and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance) and 846 (Conspiracy to Distribute a Controlled Substance).

## PARCEL TO BE SEARCHED

5. This affidavit is made in support of an application for a Federal Search and Seizure Warrant for United States Priority Express Mail piece (the SUBJECT PARCEL). The SUBJECT PARCEL is described as a 10.75" L x 7.25" W x .75" H, a white colored plastic padded envelope weighing approximately 54 grams or 1.90 ounces bearing USPS Priority Mail Express tracking number 9470 1368 9784 6994 8639 77. The parcel bears a label addressed from "Vanticollections, 1114 Maclesby Ln, Channelview TX 77530-2425." The label is addressed to "Dave Woloszyk, N103W17655 Whitetail Run,

2

Germantown WI 53022-4613." The Postage was paid for through an Internet based, "Easy Post" account.

6. The following are items that may be seized from the SUBJECT PARCEL, and which may constitute the fruits, instrumentalities, proceeds and evidence of violations of Title 21, United States Code, Sections 841 (a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 843(b) (Unlawful Use of a Communication Facility, including the mails, to Facilitate the Distribution of a Controlled Substance) and 846 (Conspiracy to Distribute a Controlled Substance):

   a. Any controlled substance

   b. Currency, money orders, bank checks, or similar monetary instruments; and

   c. Any correspondence and/or communications pertaining to (a) or (b).

## INVESTIGATION OF THE SUBJECT PARCEL

7. Under the auspices of the Prohibited Mail-Narcotics program area of the United States Postal Inspection Service, I, and other Postal Inspectors, have identified a trend of drug traffickers mailing controlled substances into the Eastern District of Wisconsin, from states and territories across the United States.

## ITEMS TO BE SEIZED

8. I, along with other Milwaukee Postal Inspectors, conduct routine examinations of the outside of parcels traveling in Express Mail and Priority Mail Express to the Eastern District of Wisconsin from identified controlled substance source locations. I have personally obtained dozens of Federal Search and Seizures warrants authorizing the opening of items in the United States Mail; seizing both controlled substances and monetary instruments representing the proceeds from the controlled substance trade.

3

9. On Wednesday August 21, 2019, General Analyst Jeffery May with the United States Postal Inspection Service in Milwaukee, Wisconsin notified me, United States Postal Inspector Jeffrey Metke, about a series of suspicious mailings. General Analyst May explained an address in Germantown, Wisconsin located the Eastern District of Wisconsin, had received 30 parcels mailed in less than one year originating from the state of Texas; including one (the SUBJECT PARCEL) scheduled for delivery tomorrow. General Analyst May explained delivery records revealed 29 of the 30 mailings originated from the Houston metropolitan area. The postage of every parcel was some form of internet or computer based postage and every parcel except one was mailed as Priority Mail Express, the fastest, easily trackable and most expensive form of standard postage. Taken together, these factors were indicative of commercial drug trafficking through the United States Mail.

10. The following morning, Thursday August 22, 2019, I traveled to the Germantown Post Office to be present for the parcel sorting which occurs prior to the arrival the letter carriers arrival for their work day. Upon my arrival at the Germantown Post Office, I explained to the manager and the mail sorting clerks that I was specifically looking for Priority Mail Express parcel bearing tracking number 9470 1368 9784 6994 8639 77 (the SUBJECT PARCEL). When I provided the information of the tracking number and address to the Post Office Manager, I was informed a man had already called the Germantown Post Office this morning (prior to business opening) inquiring about the parcel's arrival. The man explained he was monitoring the parcel tracking over the Internet and wanted to know why the parcel did not show a scan of "arrived at unit". The recipient identified himself as "Dave Woloszyk", provided a telephone number and requested a call back once the parcel

4

had arrived at the Post Office. Dave Woloszyk asked the parcel not be delivered to his house and said he would come into the Germantown Post Office to retrieve the parcel.

11. After I physically searched all of the early morning incoming parcels for the delivery area of the SUBJECT PARCEL, I waited for the late-morning mail truck to arrive. The SUBJECT PARCEL arrived on the late-morning truck and the Post Office Manager called Dave Woloszyk as he had asked, to notify him of the arrival of the parcel. Dave Woloszyk again said he would come into the Germantown Post Office to retrieve the parcel. As I discussed the situation with the Post Office Manager, the mail handlers and clerks, I was informed this happened frequently. Several of the clerks described the man to me and told me the man calls in and requests to pick up his parcels inside the Post Office as opposed to normal home delivery.

12. I contacted General Analyst May who explained someone had been tracking the delivery status of the SUBJECT PARCEL repeatedly over the Internet since 1:00 a.m. this morning.

13. I was able to examine to the mailing label on the parcel. The parcel was specifically addressed in the following manner:

> From: VANTICOLLECTIONS
> 1114 Maclesby Ln.
> Channelview, TX 77530-2425
>
> To: Dave Woloszyk
> N103W17655 Whitetail Run
> Germantown, WI 53022-4613

14. In addition to the pre-business telephone call and the suspicious mailing behaviors outlined above, a Google search of the mailing label revealed more indicators of drug trafficking behavior utilizing the United States Mail.

15. A search of "VANTICOLLECTIONS" revealed no such business as existing and no tie of the non-existent business to the return address 1114 Maclesby Lane, Channelview TX 77530-2425.

16. A Google Street View search of the return address 1114 Maclesby Lane, Channelview TX 77530-2425, revealed this to be a house in a densely packed residential neighborhood.

17. An hour after the Post Office Manager had called Dave Woloszyk and informed him the parcel was at the Germantown Post Office, I called Dave Woloszyk posing as a mail clerk who was unaware he had been called about the parcels arrival. Dave Woloszyk told me he would come into the Germantown Post Office in the next 45 minutes to an hour to get his parcel. The SUBJECT PARCEL was placed out of eyesight of the front customer window between myself and the Postal Service window clerks. I reminded the clerks to request a form of identification from whomever asked for the SUBJECT PARCEL, prior to delivery. I sat in the Post Office out of sight of the front counter and I requested to be notified when anyone came in to obtain the SUBJECT PARCEL.

18. At approximately 11:45 a.m., a man who presented Wisconsin Driver License W422-1706-8135-03 in the name of David John Woloszyk, with a date of birth of 04-15-1968, came into the Germantown Post Office and requested the SUBJECT PARCEL from the Postal Service Mail Clerk. The clerk provided me an opportunity to view and photograph the driver license. The clerk told me Woloszyk was visibly shaking at the window counter. I advised the clerk to complete the delivery to Woloszyk.

19. Having viewed his driver license photograph and now knowing what he looked like; I made contact by calling to Woloszyk from the public sidewalk in front of the

6

Germantown Post Office as he was about to enter his motor vehicle. Woloszyk acknowledged me, left his automobile and came over to talk with me. I presented my badge and credentials, identified myself as a United States Postal Inspector and explained a Postal Inspector is a federal law enforcement officer with jurisdiction to investigate crimes involving the United States Mail.

20. As I explained this, Woloszyk leaned his head down and looked at the parcel in his hands. I asked Woloszyk what was in the parcel he had just picked up from the Post Office and Woloszyk replied, he "did not want to say". I told Woloszyk the parcel contained controlled substances and he asked how I knew this. I explained I was aware he had picked up 30 parcels from the Germantown Post Office, all coming from Texas, and the parcels contained drugs. Woloszyk stammered and told me he had a prescription, to which I replied, "No you don't, not for 30 pick-ups, and not from this place". I showed Woloszyk the Google Street View image of the residence his parcel had listed as the return address and told him, "this place is not Walgreens, your drugs are illegal." As we talked, I observed Woloszyk shaking his entire body from head to foot uncontrollably, a thin layer of sweat formed on his forehead and above his lip and his speech came in short stops and starts. I told Woloszyk it was clear to everyone including the Postal Clerk who handed him the parcel, he was a drug addict aching to take the drugs inside the parcel he was holding. I explained to Woloszyk I had more than 25 years of experience as a law enforcement officer; I had probably spoken to more than one thousand drug addicted people over the years and that I had just given a presentation to the Residence Hall Advisors at Wisconsin Lutheran College on the signs and physical effects of "drugs of abuse", yesterday. Woloszyk asked me if he "needed a lawyer" and I responded, "You

need a doctor". As we talked Woloszyk put his hands under his arms to stop the obvious shaking, it did nothing to stop the shaking from his upper lip to his feet. Woloszyk asked how I knew about the drugs and I explained most people don't get 30 parcels from the same non-existent place and pick them up at the Post Office. Woloszyk thought about what I said, repeated back "30" thought some more, shook his head yes, said something about not wanting them delivered to his house, and then said, "30, I guess". Woloszyk asked what would happen to him and I explained I could not arrest him in the physical state he was in as he was exhibiting signs of opiate dependence. Again, I told Woloszyk he needed to go see a doctor. Woloszyk asked, "Can we go somewhere more private to talk?" Woloszyk said he did not want to talk on the sidewalk as people were walking past us going in and out of the Germantown Post Office. I told Woloszyk we could talk inside of the Germantown Post Office. We went into the area where the public accesses their Post Office Boxes. As we spoke, a few people came in and out to check their Post Office Boxes for mail. Woloszyk told me he was probably not like the other drug addicts I had met. Woloszyk told me he was the Chief Financial Officer of his company, Ellsworth Adhesives Corporation, he served on several boards, and was a prominent local citizen. Later, a LinkedIn Internet search would confirm this information. I asked Woloszyk how he became addicted to opiates and he explained it started with a shoulder surgery in 2012. I told Woloszyk, "That was seven years ago", and he responded, "I know, I've tried, I got down to one pill in December, and now, I'm back…" Woloszyk explained he was into fitness and he was self medicating for knee pain experienced from running. I explained to Woloszyk how he was only creating an unending cycle of injury, inflammation, dulling the pain with opiates, creating additional injury, inflammation, and

as such, needing more opiates. Woloszyk said he was currently taking four pills daily, that was why he had 30 parcels; he simply could not get enough pills. Again, I told Woloszyk he needed to see a doctor. Woloszyk said he had been seeing a doctor and was trying to get off of the opiates, but personal stresses also lead him into his abuse and addiction. I asked how he found his distributor and Woloszyk said, "The Internet". I inquired about if this was through the "Dark Net" and Woloszyk said, it was through the regular open Internet search. Woloszyk said, "I always wondered why you guys did just bust them." Woloszyk said he was thankful, but asked me why I wouldn't arrest him and I explained he would have to be medically evaluated and cleared by a doctor in writing, before any jail would accept him in his current condition. I asked about how he paid for the pills and he said "through his bank". I asked Woloszyk what specific type of drugs he was holding and he told me Hydrocodone. According to the U.S. Drug Enforcement Administration Hydrocodone is the most prescribed opiate in the United States with the first published report of addiction published in 1961. Hydrocodone is a Schedule II controlled substance under the Controlled Substances Act. Woloszyk asked what happens next, and I explained as a law enforcement officer I could not leave him with illegal drugs and I needed him leave the drugs with me. I told Woloszyk he should tell his wife and he should see a doctor today. Woloszyk asked what would happen in the future, and I told him I would have to get back to him, as I did not know.

21. Based upon the information as outlined in this affidavit, I respectfully believe that this parcel may contain controlled substances being trafficked through the United States Mail. Consequently, I respectfully request authorization to open this parcel and search its contents for evidence of controlled substance trafficking. I also request permission to

9

seize contents of the parcel as evidence, that may constitute contraband, proceeds or fruits of the crime of Distribution of a Controlled Substance, as outlined under Chapter 21 United States Code 841 (a)(1).

22. I have not included in this affidavit each and every fact known to me regarding this investigation and search warrant application request; the facts included are only those that I, respectfully, believe may relate to a determination of whether there is probable cause to believe that items sought to be seized will be found in the place, or item, to be searched, and whether those items are evidence of the offenses identified in this affidavit.

23. Pursuant to 18 USC §§ 3103a(b) and 2705, I am requesting delayed notice of 180 days. This delay is justified because there is reasonable cause to believe that providing immediate notification of the warrant may have an adverse result, as defined in 18 U.S.C. § 2705. Providing immediate notice of the execution of this warrant would seriously jeopardize the ongoing investigation, as such a disclosure would give targets of the investigation an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. *See* 18 U.S.C. § 3103a(b)(1).

24. Because the investigation is ongoing and its success would be jeopardized if the contents of this affidavit were made public, I am requesting this affidavit be sealed until further order of the court.

25. The SUBJECT PARCEL is currently being held at the USPIS Milwaukee Domicile, located at 345 W Saint Paul Avenue, Milwaukee, WI 53201.