AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

| | |
|---|---|
| A United States Priority Express Mail piece (the SUBJECT PARCEL). The SUBJECT PARCEL is described as a 10.75" L x 7.25" W x .75" H, a white colored plastic padded envelope weighing approximately 54 grams or 1.90 ounces bearing USPS Priority Mail Express tracking number 9470 1368 9784 6994 8639 77. The parcel bears a label addressed from "Vanticollections, 1114 Maclesby Ln, Channelview TX 77530-2425." The label is addressed to "Dave Woloszyk, N103W17655 Whitetail Run, Germantown WI 53022-4613." The Postage was paid for through an Internet based, "Easy Post" account. | Case Number: 19-MJ-1292 |

## SEARCH AND SEIZURE WARRANT

**TO: Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

A United States Priority Express Mail piece (the SUBJECT PARCEL). The SUBJECT PARCEL is described as a 10.75" L x 7.25" W x .75" H, a white colored plastic padded envelope weighing approximately 54 grams or 1.90 ounces bearing USPS Priority Mail Express tracking number 9470 1368 9784 6994 8639 77. The parcel bears a label addressed from "Vanticollections, 1114 Maclesby Ln, Channelview TX 77530-2425." The label is addressed to "Dave Woloszyk, N103W17655 Whitetail Run, Germantown WI 53022-4613." The Postage was paid for through an Internet based, "Easy Post" account.

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance, in violation of title 21 U.S.C. §§ 841(a)(1) and 843(b).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before ___9/13___, 2019
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30) ☐ until, the facts justifying, the later specific date of _____.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Nancy Joseph.

Date and time issued ___9/12___, 2019; __10:00__ a.m.
City and state: Milwaukee, Wisconsin

THE HONORABLE WILLIAM E. DUFFIN
United States Magistrate Judge
*Name & title of Judicial Officer*

| | | |
|---|---|---|
| | **RETURN** | |
| Case No. 2894595-PMN | Date and time Warrant executed 09-12-2019 11:12 AM | Copy of warrant and inventory left with: David Woloszyk |
| Inventory made in the presence of | Jeffrey Metke, Tyler Fink and Francis Pilon | |

Inventory of person or property taken and name of any person(s) seized:

Approximately 35 grams of Acetaminophen 325mg and Oxycodone Hydrochloride 7.5mg Tablets.

**CERTIFICATION**

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09-26-2019

*(Executing officer's signature)*

Jeffrey Metke; U.S. Postal Inspector
*(Printed name and title)*

Subscribed, sworn to, and returned before me this date.

_____
*(U.S. Judge or Magistrate Judge)*

9/26/19
*(Date)*